IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. | * | |
| ANTITRUST LITIGATION | * | MDL 1332 |
| | * | |
| **"Consumer Track"** | * | |
| | * | |
| This Document Relates To: | * | |
| | * | |
| *Cheeseman v. Microsoft Corp.* | * | Civil No. JFM-00-1269 |
| | * | |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 7th day of May 2003

ORDERED

1. Plaintiffs' motion for partial summary judgment is denied; and

2. Plaintiffs' motion for certification of the Vermont Supreme Court is denied.

                                       /s/
                                       J. Frederick Motz
                                       United States District Judge