UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

―――――――――――――――――――――x

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Cheeseman* v. *Microsoft Corp.*,
(No. 1:00-1269)

MDL No. 1332
Hon. J. Frederick Motz

―――――――――――――――――――――x

**MICROSOFT'S MOTION TO DISMISS THE *CHEESEMAN* ACTION
AND TO RECOVER ITS COSTS INCURRED IN BRINGING THIS MOTION**

Defendant Microsoft Corporation moves this Court for an order dismissing the *Cheeseman* action and ordering plaintiffs' lawyers, Johnson & Perkinson, LLP, to pay Microsoft's costs of bringing this motion, including its reasonable attorneys' fees. The reasons for this motion are set forth in Microsoft's Memorandum of Law in Support of its Motion to Dismiss the *Cheeseman* Action and to Recover its Costs Incurred in Bringing This Motion.

Dated: August 24, 2005

Respectfully submitted,

*Of Counsel:*

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

By: ___/s/___
G. Stewart Webb, Jr.
(Fed. Bar No. 00828)
Randolph Stuart Sergent
(Fed. Bar No. 23970)
VENABLE LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7565

David B. Tulchin
Richard C. Pepperman, II
Sharon L. Nelles
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing "Microsoft's Motion To Dismiss The *Cheeseman* Action And To Recover Its Costs Incurred in Bringing This Motion," Microsoft's memorandum in support of that motion, and Declaration of Randolph Sergent, with Exhibits, were served this 24th day of August, 2005 via the Court's electronic filing system and via overnight delivery upon the following counsel:

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson, LLP
1690 Williston Road
South Burlington, VT 05403

Potter Stewart, Jr.
Potter Stewart, Jr. Law Offices, P.C.
The Merchants Bank Building, Suite 8
Brattleboro, VT 05301

Stanley M. Chesley
Robert Heuck II
Waite, Schneider, Bayless & Chesley, LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael D. Hausfeld
Daniel A. Small
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Christopher Lovell
Lovell, Stewart, Halebian, LLP
500 Fifth Avenue
New York, NY 10110

/s/
_____
Randolph S. Sergent