IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Cheeseman* v. *Microsoft Corp.*,<br>(No. 1:00-1269) | : <br> : <br> : <br> : MDL DOCKET NO. 1332<br> : <br> : Hon. J. Frederick Motz<br> : <br> : |

## **DECLARATION OF RANDOLPH S. SERGENT**

I, Randolph S. Sergent, depose and state as follows:

1. I am associated with the firm of Venable LLP, attorneys for Microsoft in these actions.

2. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement in *Elkins v. Microsoft Corp.*, No. 165-4-01 Wmcv (Vt. Super. Ct. May 27, 2004).

3. Attached hereto as Exhibit B is a true and correct copy of a portion of the Amended Complaint for Class Action Relief in *Richard L. Elkins and Ronald Rodjenski v. Microsoft Corp.*, No. 165-4-01 Wmcv. (Vt. Super. Ct. April 7, 2003).

4. Attached hereto as Exhibit C is a true and correct copy of a May 29, 2003 Order in *Elkins v. Microsoft Corp.*, No. 165-4-01 WmC (Vt. Super. Ct.).

-2-

5.  Attached hereto as Exhibit D is a true and correct copy of the Final Judgment in *Elkins v. Microsoft Corp.*, No. 165-4-01 Wmcv (Vt. Super. Ct. April 27, 2005).

6.  Attached hereto as Exhibit E is a true and correct copy of the July 28, 2005 Letter from David Tulchin to Jacob B. Perkinson.

7.  Attached hereto as Exhibit F is a true and correct copy of the August 10, 2005 Letter from David Tulchin to Jacob B. Perkinson.

8.  Attached hereto as Exhibit G is a true and correct copy of the August 23, 2005 Letter from Jacob B. Perkinson to David Tulchin.

9.  Attached hereto as Exhibit H is a true and correct copy of the Order Approving Settlement in *Elkins v. Microsoft Corp.*, No. 165-4-01 Wmcv. (Vt. Super. Ct. April 27, 2005).

10. Attached hereto as Exhibit I is a true and correct copy of a portion of the plaintiffs' complaint in this action, filed December 16, 1999.

11. Attached hereto as Exhibit J is a true and correct copy of the Affidavit of Richard C. Bland on behalf of Settlement Administrator Poorman Douglas Corporation, sworn to February 24, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Randolph S. Sergent

Executed on: August 24, 2005