# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

August 10, 2005

By Federal Express

Jacob B. Perkinson,
    Johnson & Perkinson,
        1690 Williston Road,
            South Burlington, VT 05403.

Re:    *Cheeseman* v. *Microsoft Corp.*, No. 1:00-cv-01269-JFM (D. Md.)

Dear Mr. Perkinson:

I am writing to follow up on my July 28 letter (a copy of which is enclosed). As there set forth, the *Cheeseman* action in federal court should now be dismissed in accordance with our prior agreement (*see* Section II.K of the Settlement Agreement in the *Elkins* case). Please sign the stipulation and return to me.

Sincerely,

David Tulchin

(Enclosure)

cc:    Robert B. Luce