STATE OF VERMONT COUNTY OF WINDHAM
SUPERIOR COURT

RICHARD L. ELKINS and RONALD RODJENSKI,
Plaintiffs,
v.
MICROSOFT CORPORATION,
a Washington Corporation,
Defendant

Case No. 165-4-01 Wmcv
(Vt. Super. Ct.)

AFFIDAVIT OF SETTLEMENT ADMINISTRATOR
POORMAN-DOUGLAS CORPORATION

STATE OF OREGON
COUNTY OF WASHINGTON

I, Richard C. Bland, being duly sworn, depose and state:

1. I am more than 18 years old and have personal knowledge of the facts contained in this affidavit. I am an Account Executive in the Legal Services Division of Poorman-Douglas Corporation ("PDC"), which is the Settlement Administrator in the above-captioned case. My responsibilities as an Account Executive include overseeing the administrative functions of the settlement administration process including compliance with the provisions of the Settlement Agreement for the case, directing the noticing of potential members of the class as defined by the Settlement Agreement, processing and recording of opt-outs as prescribed in the Settlement Agreement, and managing and allocating staff, facilities, and other resources to meet the guidelines established for the case.

2. PDC has extensive experience as a settlement administrator for class action cases, in which it, among other things, oversees the publication of notice and processing of claims.

PDC has been mailing legal and financial notices and statements for over 35 years and has provided more general class action administration services for the past 10 years. During that time, PDC has handled many large, complex cases, including but not limited to: the Louisiana-Pacific Inner-Seal Siding Litigation, CV-95-879-JO-LEAD, United States District Court for the District of Oregon, Honorable Robert E. Jones ("L-P Siding"); the Holocaust Victim Assets Litigation, CV-96-4849, United States District Court for the Eastern District of New York, Honorable Edward R. Korman ("Swiss Banks"); and Pigford v. Glickman, CV 97-1978 and 97-1693, United States District Court for the District of Columbia, Honorable Paul L. Friedman ("Black Farmers Case").

3. I have experience in class action administration management and have served as the Account Executive in charge of the administration for such cases as *Hunter v. Bank One; Crockett v. United States Purchasing Exchange; Providian Credit Card Cases; Hill vs. CVS Rx Services;* and *Bristow v. Fleetwood Enterprises.*

4. The Notice Period in this case began on August 30, 2004 and ended on October 29, 2004.

5. During that period, PDC, through its subsidiary corporation, Huntington Legal Advertising ("HLA"), published notice of the class action settlement in the following publications: *Barre Montpelier Times Argus, Bennington Banner, Brattleboro Reformer, Burlington Free Press, Newport Daily Express, Rutland Herald, St. Albans Messenger, St. Johnsbury Caledonian Record,* and *Valley News*. See Affidavit of Huntington Legal Advertising, ¶ 10.

6. As of February 22, 2005, PDC mailed the "long form" version of the court-approved notice of this class action settlement and either a standard or volume claim form to approximately 67,854 potential members of the class.

7. As of February 22, 2005, PDC sent by e-mail the publication version of the court-approved notice to 71,339 potential members of the class.

8. The mailed and e-mailed notice included a link to a website maintained by PDC that provides further information about the settlement and that enables class members to download a claim form. As of February 22, 2005, the website received 710 unique hits, which resulted in the download of 339 claim forms.

9. The mailed and e-mailed notice also included a toll-free phone number to a telephone voice response system maintained by PDC that provides recorded answers to frequently asked questions, enables class members to request notice and claim forms, and connects class members with a live operator. As of February 22, 2005, PDC received 232 calls to its voice response unit, which, in conjunction with written requests, resulted in 18 requests for claim forms.

10. Both the phone and web applications remain active and will remain active through the Claim Period.

11. In addition to providing these various forms of notice, PDC has begun to process claims that have been submitted. As of February 22, 2005, PDC has received and loaded into its database 13 volume and 1,004 standard claim forms. PDC will continue to process claims through the end of the Claim Period, which will be no earlier than June 14, 2005. PDC is also the settlement administrator for twelve other virtually identical settlements involving Microsoft and, based on its experience in those other settlements, PDC expects that the number of claims submitted in this settlement may increase significantly toward the end of the Claim Period.

12. PDC has also processed requests for opting out of the settlement. As of February 23, 2005, PDC received 36 valid opt-outs and 0 potential opt-outs. A list of the opt-outs is attached as Exhibit A.

_____
RICHARD C. BLAND, as Account Executive

SWORN TO AND SUBSCRIBED before me, this 24TH day of February, 2005.

_____
NOTARY PUBLIC, State of Oregon at Large
Print or Stamp Commissioned Name of Notary

Personally Known ✓, or Produced Identification ____

> OFFICIAL SEAL
> PATRICIA M. EVANS
> NOTARY PUBLIC-OREGON
> COMMISSION NO. 382591
> MY COMMISSION EXPIRES AUGUST 1, 2008

# Microsoft Vermont Settlement
## Opt Outs by Type Detail
### From: 06/01/2004 Thru: 02/22/2005 Summary Totals

**ALLOWED**

**Company Opt Outs**

| Opt Out Nbr | First Name\Cor Last Name | | Address | | | |
|---|---|---|---|---|---|---|
| 1300016 | LEON | BERTHIAUME | 140 FEDERAL ST | | VT | 05478-2015 | UNITED STATES |
| | | | ST. ALBANS COOPERATIVE CREAMERY, SAINT ALBANS | | | | |
| 1300030 | VAN | CHESNUT | BILLINGS COMMERCIAL PARK | VT | 05088 | UNITED STATES |
| | ADVANCE TRANSIT | | WILDER | | | |
| 1300034 | MARY | LINDSTROM | ONE STATE FARM PLAZA | IL | 61710-0001 | UNITED STATES |
| | STATE FARM MUTUAL AUTOMOBILE IN:BLOOMINGTON | | | | | |

Count: 3

| | ALLOWED Total | 3 |
| | Total | 3 |

**ALLOWED**

**Company Opt Outs**

| 38 | RODNEY | FURR | 30 MATTHEW DR | MA | 01062 | UNITED STATES |
| | | | FLORENCE | | | |
| 1300001 | CHRIS | BAGLEY | 1448 ROUTE 7 S | VT | 05753-8995 | UNITED STATES |
| | | | MIDDLEBURY | | | |
| 1300003 | BAMBI | FREEMAN | STERLING BROOK FARM | VT | 05672 | UNITED STATES |
| | | | STOWE | | | |
| 1300004 | ALISON | FARNSWORTH | 239 FARNSWORTH LANE | VT | 05036 | UNITED STATES |
| | | | BROOKFIELD | | | |
| 1300005 | REGINA | BRAULT | 125 CHERRY LN | VT | 05401-4910 | UNITED STATES |
| | | | BURLINGTON | | | |
| 1300006 | HANNAH | WILSON | 75 CCC ROAD | | | |

| ID | First | Last | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1300007 | DUANE | WYMAN | | SHREWSBURY | VT | 05738 | UNITED STATES |
| 1300008 | HAROLD | BOESCHENSTEIN JR | PO BOX 23 | READING | VT | 05062-0023 | UNITED STATES |
| 1300009 | SARAH | MONTUORI | PO BOX 1465 | STOWE | VT | 05672-1465 | UNITED STATES |
| 1300010 | REGINALD | ASHE | 312 VALLEY VIEW RD | WHITE RIVER JUNCTION | VT | 05001-9632 | UNITED STATES |
| 1300011 | MICHELLE | THOMAS | 154 JERICHO ST | WHITE RIVER JUNCTION | VT | 05001-9336 | UNITED STATES |
| 1300012 | JOHN | WARREN | PO BOX 5322 | BURLINGTON | VT | 05402-5322 | UNITED STATES |
| 1300013 | DENISE | NATALE DC | 7 RIVERWOODS DRIVE D 212 | EXETER | NH | 03833 | UNITED STATES |
| 1300014 | LISA | CALCHERA | 66 ROUTE 100 NORTH | LUDLOW | VT | 05149 | UNITED STATES |
| 1300015 | TERRI | ZIMMERMANN | 233 MCCAFFREY RIDGE | PUTNEY | VT | 05346 | UNITED STATES |
| 1300017 | DAVID | BRONSON | 20 PHEASANT WOODS UNIT 201 | COLCHESTER | VT | 05446 | UNITED STATES |
| 1300018 | ALICE | BOWMAN | 991 TORREY LN | BRIDPORT | VT | 05734-9495 | UNITED STATES |
| 1300020 | LAWRENCE | DUNBAR | 151 WILLISTON WOODS RD | WILLISTON | VT | 05495 | UNITED STATES |
| 1300021 | ASHLEY | CARLSON | 2334 MCCANN AVE #29 | CHEYENNE | WY | 82001 | UNITED STATES |
| 1300022 | J. TIMOTHY | IDE | PO BOX 1195 | QUECHEE | VT | 05059-1195 | UNITED STATES |
| 1300023 | JERRY | STARKS | 154 MOUNTAIN VIEW DR | DANVILLE | VT | 05828-9640 | UNITED STATES |
| | | | 49 FOSTER RD | ESSEX JUNCTION | VT | 05452 | UNITED STATES |

## Individual Opt Outs

### ALLOWED

| ID | First | Last | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1300024 | DOROTHEA | STARKS | 49 FOSTER RD | ESSEX JUNCTION | VT | 05452-3315 | UNITED STATES |
| 1300025 | GLORIA | HOWARD | 65 N MAIN ST APT 605 | RANDOLPH | VT | 05060-1143 | UNITED STATES |
| 1300026 | ERIKA | GARROW | 1760 W TUMBLEWEED LANE | COTTONWOOD | AZ | 86326 | UNITED STATES |
| 1300027 | REBECCA | CISAR | 279 MAIN STREET | WINOOSKI | VT | 05405 | UNITED STATES |
| 1300028 | ADRIAN | CRIMMINS | 5921 A NORMANDY RD | FORT CARSON | CO | 80913 | UNITED STATES |
| 1300029 | RAYMOND | MCCLURE | 351 FARRELL STREET | SOUTH BURLINGTON | VT | 05403 | UNITED STATES |
| 1300031 | CHARLES | PUFAHL | PO BOX 592 | MANCHESTER | VT | 05254 | UNITED STATES |
| 1300032 | KIMBERLY | FRIEDMAN | 53 CHAPIN ROAD | SOUTH NEWFANE | VT | 05351 | UNITED STATES |
| 1300033 | CAROL | DEMSKE | 671 BASSWOOD HILL RD | BAKERSFIELD | VT | 05441-9740 | UNITED STATES |
| 1300035 | JEAN | DICKINSON | 604 ROOD POND RD | WILLIAMSTOWN | VT | 05679-9582 | UNITED STATES |
| 1300036 | ALFRED | NELSON | 2137 PLEASANT STREET | BETHEL | VT | 05032-9517 | UNITED STATES |
| 1300037 | WALTER | DEMSKE | 671 BASSWOOD HILL RD | BAKERSFIELD | VT | 05441-9740 | UNITED STATES |

ALLOWED Count: 33
Total: 33
Total 33