UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

———————————————————x
                                        :
IN RE MICROSOFT CORP.                   :
ANTITRUST LITIGATION                    :
                                        :      MDL No. 1332
This Document Relates To:               :      Hon. J. Frederick Motz
                                        :
*Cheeseman* v. *Microsoft Corp.*,       :
(No. 1:00-1269)                         :
                                        :
———————————————————x

**NOTICE OF WITHDRAWAL OF MICROSOFT'S MOTION TO DISMISS THE
*CHEESEMAN* ACTION AND TO RECOVER ITS COSTS INCURRED IN
BRINGING THIS MOTION**

      Defendant Microsoft Corporation, by its undersigned attorneys, gives notice that, in light of the Stipulated Dismissal with Prejudice filed in the *Cheeseman* Action by Plaintiffs on September 13, 2005 (MDL No. 1332, Paper No. 1720), Microsoft does hereby withdraw its Motion to Dismiss the Cheeseman Action and to Recover its Costs Incurred in Bringing this Motion, which Motion was filed on August 24, 2005 (MDL No. 1332, Paper No. 1709).

Dated: September 15, 2005

                                                                       Respectfully submitted,

*Of Counsel:*                                    By:   /s/
                                                       G. Stewart Webb, Jr.
                                                       (Fed. Bar No. 00828)
Richard J. Wallis                                VENABLE LLP
Steven J. Aeschbacher                            1800 Mercantile Bank & Trust Building
MICROSOFT CORPORATION                            2 Hopkins Plaza
One Microsoft Way                                Baltimore, Maryland 21201
Redmond, Washington 98052                        (410) 244-7565
(425) 936-8080

- 2 –

                                      David B. Tulchin
                                      Richard C. Pepperman, II
                                      Sharon L. Nelles
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Microsoft Corporation*