Case 1:00-cv-01269-JFM   Document 27   Filed 09/20/2005   Page 1 of 1
Case 1:00-md-01332-JFM   Document 1720   Filed 09/13/2005   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | ) |
| This Document relates to *Cheeseman, et al. v. Microsoft Corp.*, | ) MDL Docket No. 1332 ) ) Hon. J. Frederick Motz |
| 1:00-1269 | ) ) |
| 2:99-CV-403 (D.Vt.) | ) |

### STIPULATED DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs, Ronald Rodjenski and Sara Cheeseman, by and through their undersigned counsel and, with the approval and consent of Defendant Microsoft, hereby dismiss this case with prejudice.

Dated: September 13, 2005

Respectfully submitted,

Jacob B. Perkinson
JOHNSON & PERKINSON
P.O. Box 2305
1690 Williston Road
South Burlington, VT 05407
(802) 862-0030